UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION NO.   2:19-cv-00784-DSC
(*Filed Electronically*)

JANE DOE, an individual                                                                    PLAINTIFF

v.

UNIVERSITY OF KENTUCKY                                                                DEFENDANT

## DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE TRANSFER VENUE

\*\*\* \*\*\* \*\*\*

Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(3) Defendant University of Kentucky (the "University"), by counsel, and without waiving any arguments or defenses to which it may be entitled, including but not limited to sovereign immunity and the Eleventh Amendment as a bar to suit, moves the Court to Dismiss Plaintiff Jane Doe's Complaint in its entirety for lack of personal jurisdiction and improper venue or to transfer the action to the United States District Court for the Eastern District of Kentucky, Central Division at Lexington. In the alternative, even if the Court has personal jurisdiction and venue is proper, the action should still be transferred to the Eastern District of Kentucky under 28 U.S.C. § 1404 because venue in the Western District of Pennsylvania is inconvenient.  Defendant's Motion is supported by the arguments set forth in the Brief in Support which was filed contemporaneously herewith and is incorporated herein by reference.

Respectfully Submitted,

REED SMITH LLP

*/s/ Jeffrey M. Weimer*

Jeffrey M. Weimer

PA I.D. No. 208409
225 Fifth Avenue
Pittsburgh, Pennsylvania 15222
jweimer@reedsmith.com
Telephone: (412) 288-7982


STURGILL, TURNER, BARKER & MOLONEY, PLLC


Bryan H. Beauman
Joshua M. Salsburey
Donald C. Morgan
333 West Main Street, Suite 1500
Lexington, Kentucky 40507
bbeauman@sturgillturner.com
jsalsburey@sturgillturner.com
dmorgan@sturgillturner.com
Telephone: (859) 255-8581
*Pro hac vice admission pending*

&

William E. Thro, Esq.
University of Kentucky
Office of Legal Counsel
301 Main Building
Lexington, Kentucky 40506-0032
Telephone No.: (859) 257-2936
william.thro@uky.edu
*Pro hac vice admission pending*

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing, if applicable, to all counsel of record, as follows:

Gina M. Zumpella, Esq.
Walsh, Barnes, Collis & Zumpella, P.C.
707 Grant Street, Suite 1400
The Gulf Tower
Pittsburgh, PA 15219
gzumpella@walshlegal.net
COUNSEL FOR PLAINTFF

Laurel J. Francoeur, Esq.
Francoeur Law Office
1400 TradeCenter, Suite G700
Woburn, MA 01801
COUNSEL FOR PLAINTIFF

/s/ Jeffrey M. Weimer
COUNSEL FOR DEFENDANT