UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CIVIL ACTION NO.   5:20-cv-0000057-DCR

---

JANE DOE, an individual,

    Plaintiff

v.

UNIVERSITY OF KENTUCKY,

    Defendant

---

Eastern District of Kentucky
FILED
MAR 19 2020
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

## PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIM

Now comes Plaintiff Jane Doe, who, through counsel, moves this Honorable Court to dismiss the Defendant's Counterclaim pursuant to Fed.R.Civ.P. 12(b)(6).

Plaintiff submits the within Brief in Support of the Motion to Dismiss herewith.

WHEREFORE, the Plaintiff respectfully requests this Honorable Court to DISMISS the Defendant's counterclaim for declaratory judgment.

### REQUEST FOR HEARING

The Plaintiff respectfully requests a hearing on the within motion.

Date: 3/10/20

Respectfully submitted by,
Jane Doe, by her attorney,

*[signature]*

Laurel J. Francoeur, *Pro Hac Vice*
Francoeur Law Office
100 TradeCenter, Suite G700
Woburn, MA 01801
781-569-5369
laurel@francoeurlaw.com

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within Motion to Dismiss Defendant's Counterclaim, together with the brief in support of the motion and proposed order on all parties involved in this case by emailing a copy of the same and sending a copy via first-class mail this 10th day of March, 2020.

*Laurel J. Francoeur*

Laurel J. Francoeur