UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| JANE DOE, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 5:20-cv-00057-GFVT-MAS |
| | ) | |
| V. | ) | |
| | ) | |
| UNIVERSITY OF KENTUCKY, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on its own Motion. On August 10, 2021, this Court granted Summary Judgment and a corresponding final Judgment in favor of Defendant University of Kentucky. [R. 118; R. 119]. In doing so, this Court rested on substantive grounds, but also emphasized the fact that Plaintiff's counsel had failed to respond to UK's summary judgment motion. [*See* R. 118.] On September 9, Plaintiff's counsel submitted a motion asking this Court to reopen the case pursuant to Federal Rule of Civil Procedure 60. [R. 124.] The Court granted the motion, albeit in consideration of the client and not for "excusable neglect." [*See* R. 125.] The Plaintiff was granted five additional days, until September 20, to respond to the Summary Judgment Order. [*Id.*] Plaintiff's counsel failed to file a Response and on November 2, the Court ordered her to show cause as to why attorney discipline should not be pursued for her repeated failures. [R. 127.] Counsel filed a response the day after the show cause period ended, stating she was simultaneously filing her client's response to the Motion for Summary Judgment and a declaration explaining her failures. [R. 130.] Those documents have yet to be filed. On November 30, based on an oral representation made to the Court by counsel,

the Court granted an additional three days to cure the filing at [R. 130]. [R. 131.] The filing was not cured.

At this point, the Court is aware of no argument in favor of the Plaintiff and contrary to the Court's prior ruling, so the Judgment will be reinstated in the interest of finality and in light of counsel's repeated missed deadlines. In doing so, the Court does not infer any reason as to why the case has not been litigated. Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** that the Court's prior Memorandum Opinion & Order [**R. 118**] and corresponding Judgment [**R. 119**] are **REINSTATED**.

This the 10th day of December, 2021.

Gregory F. Van Tatenhove
United States District Judge